**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jesus VALENCIA, Defendant–
Appellant.**

**No. 10–11060
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Richard Alan Anderson, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Valencia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Valencia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Although counsel has moved for remand to correct a clerical error in the judgment, the error has been resolved. The judg-

ment was not properly uploaded to this court. As a result, several pages of the judgment, as it appeared in the paper and electronic appellate record, were blank. The completed judgment is now available in the appellate record.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion for REMAND is DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.